AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | | |
|---|---|---|---|
| Forrest Kelly Samples,<br>*Plaintiff* | ) | | |
| v. | ) | Civil Action No. | 1:12-cv-02472-MGL |
| Lee CI Investigator Greer; Lee CI Capt. Stonebreaker, Head of Contraband; South Carolina Department of Corrections,<br>*Defendants* | )<br>)<br>) | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Forrest Kelly Samples, shall take nothing of the defendant; South Carolina Department of Corrections; as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed without prejudice.

■ other: The plaintiff, Forrest Kelly Samples, shall take nothing of the defendants; Lee CI Investigator Greer and Lee CI Capt. Stonebreaker; as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed defendant South Carolina Department of Corrections without prejudice.

■ decided by the Honorable Mary G. Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which granted defendants Lee CI Investigator Greer and Lee CI Capt. Stonebreaker's motion to dismiss.

Date:   June 28, 2013                                                          *LARRY W. PROPES, CLERK OF COURT*

                                                                                                             s/A. Buckingham
                                                                                                  *Signature of Clerk or Deputy Clerk*